■■■ TARGET MACHINE, INC., et al., Appellants, v ADVANCED D.C. MOTORS, INC., Respondent. (Appeal No. 2.) [816 NYS2d 397]— Appeal from a judgment of the Supreme Court, Onondaga County (Thomas J. Murphy, J.), in favor of defendant, entered June 17, 2005 in a breach of contract action. The judgment was entered upon an order that granted defendant's motion to dismiss the complaint.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Smith, JJ.

■■■ RANDI L. WINTERMAN, Doing Business as WINTERMAN INK, Respondent, v NITIN SHAH, Doing Business as GLOBAL BUSINESS SERVICE, Appellant. [815 NYS2d 835]—Appeal from an order of the Monroe County Court (Richard A. Keenan, J.), entered March 23, 2005. The order affirmed a judgment of the Rochester City Court (Ann E. Pfeiffer, J.), which granted judgment after a nonjury trial in favor of plaintiff and against defendant in the amount of $3,807.50.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at County Court. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Smith, JJ.